IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Glenda Lott, ) | Case Number: 3:21-00524-JMC |
| Plaintiff, ) | |
| vs. ) | ORDER EXTENDING TERMS |
| ) | OF SETTLEMENT/RUBIN ORDER |
| Mariion Jasmine Nunez, Jose R. Barreda Padilla and Jordan Glen Ventura, ) | |
| Defendants. ) | |

It has been made to appear unto the Court that this matter is presently pending dismissal in the District Court of the United States, District of South Carolina, Columbia Division. An Order of Dismissal was filed on May 26, 2021 and according to the terms of that Order, settlement was to be consummated within sixty (60) days of filing. Counsel for Plaintiff requests that the case be re-opened as the property damage claim for the Plaintiff's vehicle has not been resolved.

Now therefore, upon motion of counsel for the Plaintiff it is ORDERED that this matter be, and it hereby is, re-opened as an active case on the trial roster.

The parties are instructed to submit a joint proposed amended scheduling order to the court due by July 30, 2021.

AND IT IS SO ORDERED.

s/J. Michelle Childs
J. MICHELLE CHILDS
United States District Judge

July 22, 2021
Columbia, South Carolina